## IN THE IOWA DISTRICT COURT
## FOR DALLAS COUNTY

| | | |
|---|---|---|
| WEST LIBERTY FOODS, L.L.C.,<br>LIBERTY FREE RANGE PURVEYOR, L.L.C.,<br>and LIBERTY FREE RANGE POULTRY,<br>L.L.C., | )<br>)<br>)<br>) | Case No. |
| Plaintiffs, | )<br>) | **ORIGINAL NOTICE** |
| v. | ) | |
| BLUE APRON, LLC and<br>BLUE APRON HOLDINGS, INC., | )<br>)<br>) | |
| Defendants. | ) | |

**TO:  DEFENDANT, BLUE APRON HOLDINGS, INC.**

You are hereby notified that there is now on file in the office of the Clerk of the above Court, a Petition in the above-entitled action, a copy of which Petition is attached hereto.

This case has been filed in a county that utilizes electronic filing.  Please refer to the Iowa Court Rules, Chapter 16, for general rules and information on electronic filing.  Please also note that Chapter 16, Division VI contains specific rules regarding protection of personal information in court filings.

The Plaintiffs' attorneys are David A. Tank and Angela E. Dralle, whose address is Dorsey & Whitney LLP, 801 Grand, Suite 4100, Des Moines, Iowa 50309 and whose telephone number is (515) 283-1000 and whose facsimile number is (877) 349-6918.

You are further notified that unless, within 20 days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file, a motion or answer in the Iowa District Court for Dallas County, at the county Courthouse in Adel, Iowa, a judgment by default will be rendered against you for the relief demanded in the Petition.

**Note:  The attorney who is expected to represent the Defendant should be promptly advised
by the Defendant of the service of this notice.**

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394.
If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2943.

# STATE OF IOWA JUDICIARY

*Case No.* CVCV041272

*County* Dallas

*Case Title* WEST LIBERTY FOODS, L.L.C. ET AL, V. BLUE APRON ET

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*   **07/23/2018 09:00:26 AM**



*District Clerk of* Dallas                    *County*

/s/ Linda Bever

## IN THE IOWA DISTRICT COURT
## FOR DALLAS COUNTY

| | | |
|---|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., | ) ) ) ) ) | Case No. |
| Plaintiffs, | ) ) | **ORIGINAL NOTICE** |
| v. | ) ) | |
| BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., | ) ) ) | |
| Defendants. | ) | |

## TO:  DEFENDANT, BLUE APRON, LLC

You are hereby notified that there is now on file in the office of the Clerk of the above Court, a Petition in the above-entitled action, a copy of which Petition is attached hereto.

This case has been filed in a county that utilizes electronic filing.  Please refer to the Iowa Court Rules, Chapter 16, for general rules and information on electronic filing.  Please also note that Chapter 16, Division VI contains specific rules regarding protection of personal information in court filings.

The Plaintiffs' attorneys are David A. Tank and Angela E. Dralle, whose address is Dorsey & Whitney LLP, 801 Grand, Suite 4100, Des Moines, Iowa 50309 and whose telephone number is (515) 283-1000 and whose facsimile number is (877) 349-6918.

You are further notified that unless, within 20 days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file, a motion or answer in the Iowa District Court for Dallas County, at the county Courthouse in Adel, Iowa, a judgment by default will be rendered against you for the relief demanded in the Petition.

**Note:  The attorney who is expected to represent the Defendant should be promptly advised by the Defendant of the service of this notice.**

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394 .
If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2943.

# STATE OF IOWA JUDICIARY

*Case No.* **CVCV041272**

*County* **Dallas**

*Case Title* **WEST LIBERTY FOODS, L.L.C. ET AL, V. BLUE APRON ET**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

---

*Scheduled Hearing:*

---

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  **07/23/2018 09:00:26 AM**



*District Clerk of* Dallas          *County*

**/s/ Linda Bever**

**Petition Cover Sheet for Civil, Domestic Relations, and Other Equity Cases in Our Iowa District Court***

| NAME & ADDRESS of Attorney (or Petitioner / Plaintiff - if not represented by attorney): | FOR COURT USE ONLY |
|---|---|
| David A. Tank (AT0007732) and Angela E. Dralle (AT0002077)<br>Dorsey & Whitney LLP<br>801 Grand Ave., Suite 4100, Des Moines, IA 50309<br>515-283-1000<br><br>Attorney P.I.N.:                Telephone No: (          ) | CASE NUMBER:<br><br>COUNTY WHERE CASE FILED: |

**CASE NAME** (Petitioner / Plaintiff vs. Respondent / Defendant):

WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C.
v.
BLUE APRON, LLC and BLUE APRON HOLDINGS, INC.

**NATURE OF THE CASE:** CHECK the BOX to the LEFT of the ONE case category that most accurately describes your PRIMARY CASE If you are making more than one type of claim, check the one that involves the largest amount of damages or the one you consider most important.

| ▼ LAW: Contract/ Commercial Claim | | ▼ DOMESTIC RELATIONS | | ▼ EQUITY | |
|---|---|---|---|---|---|
| | Debt collection (LA-C1) | | Dissolution -- children involved (CD-DC) | | Mortgage foreclosure (EQ-EM) |
| | Employment-related claim (LA-C3) | | Dissolution -- no children (CD-DN) | | Other real property claim (EQ-ER) |
| X | Other contract or commercial claim (LA-C9) | | Modification -- children involved (CD-MC) | | Other equity (EQ-EO) |
| | | | Modification -- no children (CD-MN) | | |
| **▼ LAW: Tort - Personal Injury (P.I.)** | | | § 236 - Domestic abuse (DA-DA) | | **▼ OTHER CIVIL ACTIONS** |
| | Motor vehicle accident (LA-T2) | | § 234 - Foster care (DR-D1) | | Administrative appeal to dist. court (CV-V1) |
| | Premises liability / slip & fall (LA-T3) | | § 252A -- Support action (DR-D2) | | Change of name (CN-CN) |
| | Malpractice: medical or dental (LA-T1) | | § 252A.18 - Foreign support (DR-D3) | | Distress warrant (CV-V2) |
| | Products liability (toxic chem. / subst.) (LA-T8) | | § 252B.11 - Cost recovery (DR-D4) | | Foreign judgment entry (CV-V3 ) |
| | Products liability (not toxic substance) (LA-T4) | | § 252C - Administrative Order (DR-D5 ) | | Lien (LN - IE, IH, IM or IO) |
| | Wrongful death (LA-T7) | | § 252D - Income withholding (DR-D6 ) | | Post conviction relief (PC-PC) |
| | Other negligent / intentional P.I. (LA-T9) | | § 252E - Medical support (DR-D7) | | Seized property / forfeiture (SP-SP) |
| | | | § 252F/ 600B - Paternity (DR-D8) | | Transcript of judgment (TJ-TJ) |
| **▼ LAW: Tort - Other damages (no P.I. )** | | | § 252K - UFISA (DR-R1) | | Other civil action (CV-V9) |
| | Professional malpractice - no P.I. (LA-T5) | | § 598B - Out of state custody (DR-R2) | | **FOR COURT USE ONLY** |
| | Fraud / business tort (LA - C2) | | § 600 - Adoption (AT-AT) | | |
| | Other tort - property/financial damages (LA-T6) | | Other domestic relations action (DR-D9) | | |

**NOTE TO PETITIONER /PLAINTIFF:**
* Pursuant to **rule 1.301(2)** of the Iowa Rules of Civil Procedure, a cover sheet **MUST** accompany each civil petition EXCEPT: small claims, probate, or commitment actions.
* **DO NOT SERVE THIS COVER SHEET ON THE DEFENDANT(S) / RESPONDENT(S).**
* A cover sheet is not required when filing a counterclaim or crossclaim.
* This cover sheet is for statistical purposes only. It shall have no legal effect in the case.                Updated: 4-29-2002

**IN THE IOWA DISTRICT COURT
FOR DALLAS COUNTY**

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C.,<br>LIBERTY FREE RANGE PURVEYOR, L.L.C.,<br>and LIBERTY FREE RANGE POULTRY,<br>L.L.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE APRON, LLC and<br>BLUE APRON HOLDINGS, INC.,<br><br>    Defendants. | Case No. _____<br><br><br>**PETITION<br>AND JURY DEMAND** |

COMES NOW Plaintiffs West Liberty Foods, L.L.C. ("West Liberty Foods"), Liberty Free Range Purveyor, L.L.C. ("LFR Purveyor"), and Liberty Free Range Poultry, L.L.C. ("LFR Poultry")(hereinafter, collectively, "Plaintiffs"), and for their Petition and Jury Demand ("Petition") against Defendants Blue Apron, LLC and Blue Apron Holdings, Inc. (collectively "Defendants" or "Blue Apron"), state and assert as follows:

## INTRODUCTION

1.      Plaintiffs seek relief from Blue Apron's refusal to live up to its many promises and agreements resulting in more than $26,000,000.00 in losses to Plaintiffs.

## PARTIES

2.      Plaintiff West Liberty Foods is an Iowa limited liability company, with its principal place of business in West Liberty, Iowa and offices throughout the state of Iowa, including in West Des Moines, Dallas County, Iowa.

3.      Plaintiff LFR Purveyor is a Delaware limited liability company, with its principal place of business in Decatur, Arkansas.  LFR Purveyor is a subsidiary of West Liberty Foods, doing business as Crystal Lake Farms.

4.      Plaintiff LFR Poultry is a Delaware limited liability company, with its principal place of business in Jay, Oklahoma.  LFR Poultry is a subsidiary of West Liberty Foods, doing business as Crystal Lake Farms.

5.     On information and belief, Defendant Blue Apron, LLC is a Delaware limited liability company, with its principal place of business in New York City, New York.

6.     On information and belief, Defendant Blue Apron Holdings, Inc. is a Delaware corporation with its principal place of business in New York City, New York.

7.     On information and belief, Blue Apron does business throughout the state of Iowa, including in Dallas County, Iowa.

## JURISDICTION AND VENUE

8.     The amount in controversy exceeds the jurisdictional minimum of this Court.

9.     Jurisdiction and venue are proper because Defendants transact business, in general, in Dallas County, Iowa and because Defendants have conducted business with Plaintiffs in this county.

## FACTS

10.    Plaintiffs are in the business of producing high-quality protein products.

11.    Blue Apron is an e-commerce marketplace that delivers recipes and fresh ingredients in a meal kit to be cooked by consumers at home.

12.    Beginning on or about June 7, 2016, West Liberty Foods has supplied Blue Apron with certain beef products for use in Blue Apron's meal kit delivery service.

13.    In late 2016, Blue Apron identified an opportunity to purchase organic, pasture-raised chicken operations and assets held by Crystal Lake Farms, LLC; Free Ranger LLC; and JBH-Decatur, LLC (collectively referred to as "Former Co.") in order to better serve Blue Apron's customers.

14.    In late 2016 or early 2017, Blue Apron approached West Liberty Foods with a business proposal.  Specifically, Blue Apron agreed to form a partnership with West Liberty Foods to purchase the assets of Former Co. and then form a new company ("New Co.") to operate the business.  Under the partnership, Blue Apron and West Liberty Foods would share

2

a portion of the profits and would equally share the losses arising from the operation of New Co. and the acquisition of Former Co.

15.    As an example, and without limitation, on February 2, 2017, Blue Apron's Chief Executive Officer, Matt Salzberg, with actual or apparent authority to bind Blue Apron, sent an email to West Liberty Foods in which he confirmed a sales pitch to purchase Former Co. and asserted that "[Blue Apron] and [West Liberty Foods] are 50/50 partners".

16.    On or about February 8, 2017, West Liberty Foods sent Blue Apron a term sheet outlining the relationship between them in regards to the partnership in New Co., which again included a reference to sharing equally in the profits and losses of that venture.

17.    On or about February 14, 2017, Blue Apron and West Liberty Foods jointly signed and submitted a letter of intent to purchase assets from Former Co.

18.    Based on the foregoing, Blue Apron entered into an enforceable partnership and/or other enforceable agreement with West Liberty Foods.

19.    Pursuant to the partnership and/or other enforceable agreements, Blue Apron agreed to share a portion of the profits from New Co. with West Liberty Foods.

20.    In addition, pursuant to the partnership and agreements, Blue Apron agreed to absorb fifty percent of any losses related to West Liberty Foods's acquisition of Former Co. and its operation of New Co.

21.    On or about February 24, 2017, and in reliance on Blue Apron's promises and agreements, West Liberty Foods purchased the assets of Former Co. at a price of $13,000,000.00 dollars.

22.    Also, at Blue Apron's request, West Liberty Foods formed LFR Purveyor and LFR Poultry to hold the assets and run the operations of Former Co.

23.    On or about May 1, 2017, LFR Purveyor and LFR Poultry began doing business as Crystal Lake Farms, with West Liberty Foods as the sole member of both companies.

3

24.     To date, Plaintiffs have sustained approximately $26,000,000.00 in losses related to purchase of Former Co. and its operation of Crystal Lake Farms.

25.     On July 12, 2018, Crystal Lake Farms made the difficult decision to announce a mass layoff and plant closures to occur in the fall of 2018 in an effort to mitigate losses.

26.     To date, Blue Apron has failed to abide by Blue Apron's promises and the enforceable agreements reached with West Liberty Foods to share the losses incurred by Plaintiffs that are related to Crystal Lake Farms.

## COUNT I – BREACH OF WRITTEN CONTRACT

27.     Plaintiffs restate and reallege paragraphs 1 – 26 as if fully set forth herein.

28.     West Liberty Foods and Blue Apron entered into a valid and enforceable written contract via a series of electronic mail messages that included the following material terms:

     a.  Blue Apron and West Liberty Foods would form a partnership wherein West Liberty Foods would form New Co., which would purchase the assets of Former Co.; and

     b.  Thereafter, Blue Apron agreed to share equally with West Liberty Foods any profits from New Co. and to be responsible for 50% of any losses arising out of the operation of New Co.

29.     West Liberty Foods purchased the assets of Former Co., as agreed.

30.     West Liberty Foods also formed LFR Purveyor and LFR Poultry to hold the assets and run the operations of Former Co., as requested by Blue Apron.

31.     As such, West Liberty Foods has performed all of its obligations under the written contract with Blue Apron.

32.     Blue Apron has refused to pay for its share (50%) of the losses related to Crystal Farms, thereby breaching the written contract.

33.     West Liberty Foods has suffered damages due to Blue Apron's breach of contract.

4

## COUNT II – BREACH OF ORAL CONTRACT
### (ALTERNATIVE CLAIM)

34.     Plaintiffs restate and reallege paragraphs 1 – 33 as if fully set forth herein, and assert Count II in the alternative to Count I.

35.     West Liberty Foods and Blue Apron entered into a valid and enforceable oral contract that included the following material terms:

      a.  Blue Apron and West Liberty Foods would form a partnership wherein West Liberty Foods would form New Co., which would purchase the assets of Former Co.; and

      b.  Thereafter, Blue Apron agreed to share equally with West Liberty Foods any profits from New Co. and to be responsible for 50% of any losses arising out of the operation of New Co.

36.     West Liberty Foods purchased the assets of Former Co., as agreed.

37.     West Liberty Foods also formed LFR Purveyor and LFR Poultry to hold the assets and run the operations of Former Co., as requested by Blue Apron.

38.     As such, West Liberty Foods has performed all of its obligations under the oral contract with Blue Apron.

39.     Blue Apron has refused to pay for its share (50%) of the losses related to Crystal Farms, thereby breaching the oral contract.

40.     West Liberty Foods has suffered damages due to Blue Apron's breach of contract.

## COUNT III – BREACH OF IMPLIED CONTRACT
### (ALTERNATIVE CLAIM)

41.     Plaintiffs restate and reallege paragraphs 1 – 40 as if fully set forth herein, and assert Count III in the alternative to Counts I and II.

42.     Blue Apron and West Liberty Foods intended to form a partnership in order to organize New Co., which would purchase the assets of Former Co.

43.     Blue Apron's promises and agreements to share a portion of the profits from New Co. with West Liberty Foods also constituted an offer to do the same.

44.     Blue Apron's promises and agreements to absorb fifty percent of any losses related to West Liberty Foods's acquisition of Former Co. and its operation of New Co. also constituted an offer to do the same.

45.     In exchange for those promises, agreements, and offers, West Liberty Foods offered to purchase Former Co.'s assets and operations.

46.     West Liberty Foods did, in fact, purchase the assets of Former Co.

47.     West Liberty Foods also formed LFR Purveyor and LFR Poultry to hold the assets and run the operations of Former Co., as requested by Blue Apron.

48.     As such, West Liberty Foods has performed all of its obligations under the implied contract with Blue Apron.

49.     Blue Apron has refused to pay for its share (50%) of the losses related to Crystal Farms, thereby breaching the implied contract.

50.     West Liberty Foods has suffered damages due to Blue Apron's breach of contract.

### COUNT IV – PROMISSORY ESTOPPEL

51.     Plaintiffs restate and reallege paragraphs 1 – 50 as if fully set forth herein.

52.     Blue Apron made a clear and definite promise to West Liberty Foods to share a portion of the profits from New Co.

53.     Blue Apron also made a clear and definite promise to West Liberty Foods to absorb fifty percent of any losses related to West Liberty Foods's acquisition of Former Co. and its operation of New Co.

54.     In exchange for those promises, West Liberty Foods agreed to purchase Former Co.'s assets and operations.

6

55.　Blue Apron's promises were made with its clear understanding that West Liberty Foods was seeking assurances upon which it could rely, and without which it would not act.

56.　West Liberty acted to its substantial detriment in reasonable reliance on the promises of Blue Apron when it purchased the assets of Former Co.

57.　West Liberty has incurred substantial damages because Blue Apron has refused to honor its promise to pay for its share (50%) of the losses related to Crystal Farms.

58.　Injustice can only be avoided by enforcement of Blue Apron's promises to West Liberty Foods.

## COUNT V – FRAUD

59.　Plaintiffs restate and reallege paragraphs 1 – 58 as if fully set herein.

60.　Blue Apron made several representations to West Liberty Foods including, but not limited to:

    a.　Blue Apron and West Liberty Foods would form a partnership wherein West Liberty Foods would form New Co., which would purchase the assets of Former Co.;

    b.　Thereafter, Blue Apron agreed to share equally with West Liberty Foods any profits from New Co. and to be responsible for 50% of any losses arising out of the operation of New Co.; and

    a.　Chief Executive Officer Matt Salzberg, with actual or apparent authority to bind Blue Apron, represented that West Liberty Foods and Blue Apron would be "50-50 partners" in New Co.

61.　Blue Apron's representations were material to West Liberty Foods's agreement to purchase Former Co.'s assets and operations, to West Liberty Foods's formation of LFR Purveyor and LFR Poultry to hold the assets and run the operations of Former Co. and to do business as Crystal Lake Farms, and to West Liberty Foods's subsequent incurrence of significant losses.

62.     Blue Apron had actual knowledge that its representations were false or, at minimum, Blue Apron's representations were made in reckless disregard of the truth of those representations.

63.     Blue Apron intended to deceive West Liberty Foods, believed that West Liberty Foods would likely be deceived by its representations, and/or made the representations without concern for the truth of the representations.

64.     West Liberty Foods reasonably relied on Blue Apron's representations and was justified in relying on Blue Apron's representations.

65.     West Liberty Foods has suffered damages as a result of its reliance on Blue Apron's fraudulent misrepresentations.

## COUNT VI – BREACH OF FIDUCIARY DUTY

66.     Plaintiffs restate and reallege paragraphs 1 – 65 as if fully set forth herein.

67.     A fiduciary relationship existed between Blue Apron and West Liberty Foods as partners in the purchase and operation of New Co., the formation of LFR Purveyor and LFR Poultry to hold the assets and run the operations of Former Co. and to do business as Crystal Lake Farms.

68.     Blue Apron owed fiduciary duties to Plaintiffs, including the duty to disclose all material facts and to not engage in conduct to Plaintiffs' detriment.

69.     Blue Apron breached its fiduciary duties to Plaintiffs by, among other things, failing to disclose its secret intention not to share in the losses of New Co., which was formed as LFR Purveyor and LFR Poultry, both of which conduct business as Crystal Lake Farms.

70.     Plaintiffs have suffered damages due to Blue Apron's breaches of its fiduciary duties.

## COUNT VII – UNJUST ENRICHMENT

71.     Plaintiffs restate and reallege paragraphs 1 – 70 as if fully set herein.

72.     Blue Apron was enriched as described herein.

8

73.     Blue Apron's enrichment was at the expense of Plaintiffs.

74.     It would be unjust to allow Blue Apron to retain the benefits described herein under the circumstances.

75.     Plaintiffs have suffered damages due to the actions of Blue Apron.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs West Liberty Foods, L.L.C., Liberty Free Range Purveyor, L.L.C., and Liberty Free Range Poultry, L.L.C. pray for the following relief:

a)  that judgment be entered in favor of Plaintiffs on all counts;

b)  that Defendants be required to specifically perform their promises to and agreements with West Liberty Foods, as the weighing of the equities entitles West Liberty Foods to specific performance and because injustice can only be avoided by specific performance by Defendants of the promises and agreements;

c)  for compensatory damages in excess of the jurisdictional limits of this Court, the specific amount to be determined at trial;

d)  for Plaintiffs' costs incurred herein;

e)  for post-judgment interest; and

f)  for any and all other and further relief as this Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiffs hereby demand a trial by jury on all issues so triable in this case.

Date: July 20, 2018

/s/ David A. Tank
David A. Tank (AT0007732)
Angela E. Dralle (AT0002077)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 3900
Des Moines, IA 50309-2790
Tel: (515) 283-1000
Fax: (515) 283-1060
E-mail:  tank.dave@dorsey.com
             dralle.angela@dorsey.com
ATTORNEYS FOR WEST LIBERTY FOODS, L.L.C
LIBERTY FREE RANGE PURVEYOR, L.L.C., and
LIBERTY FREE RANGE POULTRY L.L.C.

Job #   2479770
Ref #   CVCV041272

# Affidavit of Process Server

In The Iowa District Court for Dallas County
(NAME OF COURT)

| West Liberty Foods, L.L.C., et al | VS | Blue Apron, LLC and Blue Apron Holdings, Inc. | CVCV041272 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Daniel Newcomb, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Blue Apron, LLC _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Original Notice; Petition and Jury Demand; Demand for Arbitratiion and Exhibits (Received Jul 23, 2018 at 11:11am EDT)

by leaving with _____ Lynanne Gares, Litigation Management Services Leader _____
NAME/RELATIONSHIP/TITLE

Service Address: _____ Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 _____

On _____ Mon, Jul 23 2018 _____ AT _____ 04:08 PM _____
DATE                                                                            TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY                    STATE                    ZIP

Manner of Service:

☐ Personal: By personally delivering copies to the person being served.

☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☒ Corporate: By personally delivering copies to the person named above.

☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

Description: Age  35  Sex  Female  Race  Caucasian  Height  5'6"  Weight  135  Hair  Brown  Beard ___  Glasses  No

Date: July 24, 2018 _____

_____
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on July 24, 2018 (Date)

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
MY COMMISSION
EXPIRES
APRIL 29, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Job #  2479798
Ref #  CVCV041272

# Affidavit of Process Server

### In The Iowa District Court for Dallas County
(NAME OF COURT)

| West Liberty Foods, L.L.C., et al | VS | Blue Apron, LLC and Blue Apron Holdings, Inc. | CVCV041272 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Daniel Newcomb**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Blue Apron Holdings, Inc. _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Original Notice; Petition and Jury Demand; Demand for Arbitratiion and Exhibits (Received Jul 23, 2018 at 11:11am EDT)

by leaving with _____ Lynanne Gares, Litigation Management Services Leader _____
NAME/RELATIONSHIP/TITLE

Service Address: _____ Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 _____

On _____ Mon, Jul 23 2018 _____ AT _____ 04:08 PM _____
DATE                                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY          STATE          ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

Description: Age 35 Sex Female Race Caucasian Height 5'6" Weight 135 Hair Brown Beard ___ Glasses No

Date: July 24, 2018 _____

_____ SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on July 24, 2018 (Date)

_____ SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

*[Notary seal: KIMBERLY J. RYAN, MY COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC, STATE OF DELAWARE]*

IN THE IOWA DISTRICT COURT FOR DALLAS COUNTY

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., | CASE NO. CVCV041272 |
| Plaintiffs, | **APPEARANCE FOR DEFENDANTS BLUE APRON, LLC AND BLUE APRON HOLDINGS, INC.** |
| v. | |
| BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., | |
| Defendants. | |

The undersigned attorneys hereby enter their appearance in this action as counsel for the

Defendants, Blue Apron, LLC and Blue Apron Holdings, Inc.

THE WEINHARDT LAW FIRM

By /s/ Mark E. Weinhardt

| | |
|---|---|
| Mark E. Weinhardt | AT0008280 |
| David N. Fautsch | AT0013223 |
| Elisabeth A. Archer | AT0012638 |

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail:     mweinhardt@weinhardtlaw.com
             dfautsch@weinhardtlaw.com
             earcher@weinhardtlaw.com

ATTORNEYS FOR DEFENDANTS

{02061053.DOC}                    - 1 -

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was
served upon the parties to this action by serving a copy upon each
of the attorneys listed below on August 13, 2018 by

☐ U.S. Mail               ☐ FAX

☐ Hand Delivered          ☐ Electronic Mail

☐ FedEx/ Overnight Carrier  ☒ EDMS

David A. Tank
Angela E. Dralle
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 3900
Des Moines, IA  50309-2790

Signature:   */s/ Nissa Maddalone*
_____

## IN THE IOWA DISTRICT COURT FOR DALLAS COUNTY

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., <br><br> Defendants. | CASE NO. CVCV041272 <br><br> **UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER** |

The Defendants, Blue Apron, LLC and Blue Apron Holdings, Inc., move this Court for an enlargement of time to file their answer or other response to the Plaintiffs' Petition. In support of their motion, the Defendants state as follows:

1.     The Plaintiffs filed their Petition on July 20, 2018.

2.     The Defendants were served on July 23, 2018.

3.     The Plaintiffs filed a Return of the Original Notice on July 25, 2018.

4.     The Defendants' answer or other response to the Petition is due on August 13, 2018.

5.     Counsel for the Defendants has conferred with counsel for the Plaintiffs, and the Plaintiffs do not resist this extension.

6.     The undersigned were recently engaged by the Defendants.

7.     Accordingly, the Defendants request an enlargement of time up to and including August 27, 2018.

WHEREFORE Defendants pray that this Court grant their enlargement of time to file an answer or other response to the Plaintiffs' Petition up to and including August 27, 2018.

{02061054.DOC}                                - 1 -

THE WEINHARDT LAW FIRM

By /s/ Mark E. Weinhardt
     Mark E. Weinhardt        AT0008280
     David N. Fautsch          AT0013223
     Elisabeth A. Archer        AT0012638
     2600 Grand Avenue, Suite 450
     Des Moines, IA  50312
     Telephone: (515) 244-3100
     E-mail:    mweinhardt@weinhardtlaw.com
                dfautsch@weinhardtlaw.com
                earcher@weinhardtlaw.com

ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on August 13, 2018 by

☐  U.S. Mail        ☐  FAX

☐  Hand Delivered     ☐  Electronic Mail

☐  FedEx/ Overnight Carrier   ☒  EDMS

David A. Tank
Angela E. Dralle
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 3900
Des Moines, IA  50309-2790

       /s/ Nissa Maddalone
Signature: _____

E-FILED  2018 AUG 13 2:39 PM DALLAS - CLERK OF DISTRICT COURT

## IOWA DISTRICT COURT IN AND FOR DALLAS COUNTY

| | |
|---|---|
| WEST LIBERTY FOODS, LLC<br>LIBERTY FREE RANGE POULTRY, LLC<br>LIBERTY FREE RANGE PURVEYOR, LLC<br><br>    Plaintiff<br><br>vs.<br><br>BLUE APRON HOLDINGS, INC<br>BLUE APRON, LLC<br><br>    Defendant | 05251  CVCV041272<br><br>ORDER |

Defendant's motion to extend time to answer to August 27, 2018, being unresisted, is granted.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RCV01



State of Iowa Courts

**Case Number**
CVCV041272
**Type:**

**Case Title**
WEST LIBERTY FOODS, L.L.C. ET AL, V. BLUE APRON ET
OTHER ORDER

So Ordered

Gregory A. Hulse, Senior Judge,
Fifth Judicial District of Iowa

Electronically signed on 2018-08-13 14:39:08