IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., et al. | Case Number: 4:18-cv-280-CRW-CFB |
| Plaintiff(s) | |
| vs. | Corporate Disclosure/ Statement of Interest |
| BLUE APRON, LLC AND BLUE APRON HOLDINGS, INC. | |
| Defendant(s). | |

As required by LR 7.1 and LR 81.c, ,d, and .e, defendants in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendants as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendants outcome in the case:

Blue Apron Holdings, Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. Blue Apron, LLC has a single member, which is Blue Apron Holdings, Inc.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Each entity is a defendant in this lawsuit.

Date: September 6, 2018

/s/ David Fautsch
The Weinhardt Law Firm
2600 Grand Ave., Suite 450
Des Moines, IA 50312
dfautsch@weinhardtlaw.com
Telephone: 515-244-3100