# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., <br><br> Defendants. | Case No. 4:18-cv-00280 <br><br> **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

The Defendants, Blue Apron, LLC and Blue Apron Holdings, Inc., move this Court for an order extending the deadline to answer the complaint or to file a responsive pleading until September 30, 2018 or 10 days after the Plaintiffs indicate to this Court that they will not seek to remand this case to the Iowa District Court for Dallas County, whichever comes first. In support thereof, the Defendants state as follows:

1. This case was removed from the Iowa District Court for Dallas County. The Defendants removed this case on August 21, 2018.

2. Following an unopposed motion to extend the deadline for filing an answer or a responsive pleading, the current deadline to respond to the complaint is September 10, 2018. The deadline for the Plaintiffs to move to remand this action is September 20, 2018.

3. The Defendants seek an additional brief extension to coordinate the deadline for the Plaintiffs to move for a remand and the deadline to respond to the complaint.

4. The parties have conferred about whether the Plaintiffs will seek to remand this case. To date, the Plaintiffs have informed the Defendants that they may seek to remand this case

but the Plaintiffs have not yet made a decision.

5. If grounds exist to remand this action to state court, then it would be a waste of resources for the litigants to begin briefing a motion to dismiss. The revised deadline also accommodates the religious observance of counsel because earlier deadlines would interfere with Rosh Hashana and Yom Kippur.

6. The Parties have conferred about the relief sought here, and the Defendants are informed that this motion is unopposed.

7. This motion will not delay any other proceedings in this case. As this case was removed on August 21, 2018, a scheduling order is not in place and is not required to be in place until November 19, 2018. *See* Local Rule 81(b)(setting a 90 day deadline for establishing discovery deadlines in actions removed from state court).

WHEREFORE, the Defendants respectfully request that the Court set the deadline for the Defendants to answer the complaint or to file a responsive pleading as September 30, 2018 or 10 days after the Plaintiffs indicate to this Court that they will not seek to remand this case, whichever comes first.

THE WEINHARDT LAW FIRM

By /s/ David N. Fautsch
  Mark E. Weinhardt         AT0008280
  David N. Fautsch          AT0013223
  Elisabeth A. Archer       AT0012638
  2600 Grand Avenue, Suite 450
  Des Moines, IA  50312
  Telephone:  (515) 244-3100
  E-mail:  mweinhardt@weinhardtlaw.com
           dfautsch@weinhardtlaw.com
           earcher@weinhardtlaw.com

- 3 -

KIRKLAND & ELLIS LLP

Dmitriy Tishyevich (pro hac vice pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-6453
Email: dmitriy.tishyevich@kirkland.com

ATTORNEYS FOR DEFENDANTS

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on September 7, 2018 by

☐ U.S. Mail  ☐ FAX

☐ Hand Delivered  ☐ Electronic Mail

☐ FedEx/ Overnight Carrier  ☒ EDMS

Attorneys of Record

Signature: /s/ Michele Baldus