IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE APRON, LLC and BLUE APRON HOLDINGS, INC.,<br><br>Defendants. | CASE NO. 4:18-cv-280<br><br>**PLAINTIFFS' STATEMENT OF INTEREST** |

As required by LR 7.1, Plaintiffs West Liberty Foods, L.L.C. ("West Liberty Foods"), Liberty Free Range Purveyor, L.L.C. ("LFR Purveyor"), and Liberty Free Range Poultry, L.L.C. ("LFR Poultry") hereby provide the following information to the Court:

<u>For West Liberty Foods</u>:

A. *The following are names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to West Liberty Foods as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in West Liberty Foods' outcome in the case:*

- Iowa Turkey Growers Cooperative
- Iowa Labs, L.L.C.
- WLF Hearts & Hands, L.L.C.

B. *With respect to each entity named in response to Paragraph A, the following describes its connection to or interest in the litigation, or both.*

- Iowa Turkey Growers Cooperative owns a majority of the units of membership interest in West Liberty Foods.
- Iowa Labs, L.L.C. and WLF Hearts & Hands, L.L.C. are subsidiaries of West Liberty Foods.

<u>For LFR Purveyor</u>:

A. *The following are names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to* LFR Purveyor *as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in* LFR Purveyor's *outcome in the case:*

- West Liberty Foods
- Crystal Lakes Farms

    B. *With respect to each entity named in response to Paragraph A, the following describes its connection to or interest in the litigation, or both.*

- LFR Purveyor is a subsidiary of West Liberty Foods.
- LFR Purveyor does business as Crystal Lake Farms.

<u>For LFR Poultry</u>:

    A. *The following are names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to* LFR Poultry *as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in* LFR Poultry's *outcome in the case:*

- West Liberty Foods
- Crystal Lakes Farms

    B. *With respect to each entity named in response to Paragraph A, the following describes its connection to or interest in the litigation, or both.*

- LFR Poultry is a subsidiary of West Liberty Foods.
- LFR Poultry does business as Crystal Lake Farms.

Date: <u>September 12, 2018</u>

    /s/ Angela E. Dralle
    David A. Tank (AT0007732)
    Angela E. Dralle (AT0002077)
    DORSEY & WHITNEY LLP
    801 Grand Avenue, Suite 4100
    Des Moines, IA 50309-2790
    Tel: (515) 283-1000
    Fax: (515) 283-1060
    E-mail:  tank.dave@dorsey.com
              dralle.angela@dorsey.com

    ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 12, 2018, the foregoing instrument was electronically filed with the Court using the CM/ECF system and served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

**By:** Electronic Service

/S/   Angela E. Dralle

COPIES TO:
Mark E. Weinhardt
David N. Fautsch
Elisabeth A. Archer
The Weinhardt Law Firm
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
ATTORNEYS FOR DEFENDANTS