UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE APRON, LLC and BLUE APRON HOLDINGS, INC.,<br><br>Defendants. | Case No. 4:18-cv-00280<br><br>**MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL** |

  Defendants, Blue Apron, LLC and Blue Apron Holdings, Inc. (together, "Blue Apron") hereby request leave to file under seal certain exhibits to their Memorandum of Law in Support of their Motion to Dismiss. In support thereof, Blue Apron states as follows:

  1. Blue Apron will be filing a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Memorandum of Law for that motion includes three commercially-sensitive exhibits.

  2. Exhibits 1, 2, and 3 are, respectively, an e-mail discussing the terms of a potential business transaction, a term sheet, and a letter of intent related to that potential transaction. These exhibits should be treated as confidential because each exhibit contains information pertaining to the acquisition of business assets. In the normal course of business, Blue Apron treats such documents as confidential because they contain competitively sensitive information about a private transaction.

  3. Under these circumstances, courts in this circuit permit parties to file confidential business documents under seal. *See, e.g.*, *IDT Corp. v. eBay*, 709 F.3d 1220, 1224 (8th Cir.

2013) ("we conclude that the district court did not abuse its discretion in determining that the potential harm in unsealing 'confidential and competitively sensitive information' outweighs [an intervenor's] 'generalized interest in access to the complaint.'").

WHEREFORE, Blue Apron respectfully requests that this Court grant leave to file under seal Exhibits 1, 2, and 3 to the Memorandum of Law in Support of the Defendants' Motion to Dismiss.

THE WEINHARDT LAW FIRM

By   /s/ David N. Fautsch
Mark E. Weinhardt, AT0008280
David N. Fautsch, AT0013223
Elisabeth A. Archer, AT0012638
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com
dfautsch@weinhardtlaw.com
earcher@weinhardtlaw.com

Jay P. Lefkowitz
Dmitriy Tishyevich
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
lefkowitz@kirkland.com
dmitriy.tishyevich@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-6460
*Admitted pro hac vice*

**ATTORNEYS FOR DEFENDANTS**

- 3 -

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on Sept. 24, 2018 by

☐ U.S. Mail ☐ FAX

☐ Hand Delivered ☐ Electronic Mail

☐ FedEx/ Overnight Carrier ☒ EDMS

David A. Tank
Angela E. Dralle
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 3900
Des Moines, IA 50309-2790

Signature: /s/ Michele Baldus