UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., <br><br> Defendants. | Case No. 4:18-cv-00280 <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS WITHOUT PREJUDICE** |

The Defendants, Blue Apron, LLC and Blue Apron Holdings, Inc., hereby provide notice that the Defendants' Motion to Dismiss (Doc. No. 18) filed on September 24, 2018 is withdrawn. That Motion is directed at the initial Complaint, and is withdrawn because the Plaintiffs filed an Amended Complaint on October 15, 2018. The Defendants reserve the right to file a motion to dismiss or an answer in response to the Amended Complaint.

THE WEINHARDT LAW FIRM

By /s/ David N. Fautsch
Mark E. Weinhardt, AT0008280
David N. Fautsch, AT0013223
Elisabeth A. Archer, AT0012638
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com
dfautsch@weinhardtlaw.com
earcher@weinhardtlaw.com

Jay P. Lefkowitz
Dmitriy Tishyevich
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
lefkowitz@kirkland.com
dmitriy.tishyevich@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-6460
*Admitted pro hac vice*

**ATTORNEYS FOR DEFENDANTS**

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on October 17, 2018 by

☐ U.S. Mail  ☐ FAX

☐ Hand Delivered  ☐ Electronic Mail

☐ FedEx/ Overnight Carrier  ☒ EDMS

David A. Tank
Angela E. Dralle
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 3900
Des Moines, IA 50309-2790

Signature: /s/ Nissa Maddalone

{02062109.DOC}  - 2 -