**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C.,

Plaintiffs,

v.

BLUE APRON, LLC and BLUE APRON HOLDINGS, INC.,

Defendants.

Case No. 4:18-cv-00280

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

The Defendants, Blue Apron, LLC and Blue Apron Holdings, Inc., move this Court for an order extending the deadline to respond to the Amended Complaint until November 14, 2018. In support thereof, the Defendants state as follows:

1. This case was removed from the Iowa District Court for Dallas County. The Defendants removed this case on August 21, 2018.

2. The Defendants moved to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure on September 24, 2018.

3. Before responding to the Defendants' Motion to Dismiss, the Plaintiffs filed an Amended Complaint on October 15, 2018.

4. In light of the Amended Complaint, the Defendants have withdrawn their pending Motion to Dismiss.

5. The Amended Complaint asserts new factual allegations, which must be addressed in a responsive pleading. The Defendants require additional time to review the Amended Complaint to formulate a response.

6. The Parties have conferred about the relief sought here, and the Defendants are informed that this motion is unopposed. The Defendants have also agreed that the Plaintiffs may have until December 5, 2018 to respond to a motion to dismiss, if one is filed.

7. This extension will not delay any other proceedings in this case. As this case was removed on August 21, 2018, a scheduling order is not in place and is not required to be in place until November 19, 2018. *See* Local Rule 81(b) (setting a 90 day deadline for establishing discovery deadlines in actions removed from state court).

WHEREFORE, the Defendants respectfully request that the Court set the deadline for the Defendants to answer the Amended Complaint or to file a motion to dismiss as November 14, 2018.

THE WEINHARDT LAW FIRM

By /s/ David N. Fautsch
Mark E. Weinhardt, AT0008280
David N. Fautsch, AT0013223
Elisabeth A. Archer, AT0012638
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
mweinhardt@weinhardtlaw.com
dfautsch@weinhardtlaw.com
earcher@weinhardtlaw.com

Jay P. Lefkowitz
Dmitriy Tishyevich
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
lefkowitz@kirkland.com
dmitriy.tishyevich@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-6460
*Admitted pro hac vice*

**ATTORNEYS FOR DEFENDANTS**

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on Oct. 17, 2018 by

☐ U.S. Mail ☐ FAX

☐ Hand Delivered ☐ Electronic Mail

☐ FedEx/ Overnight Carrier ☒ EDMS

David A. Tank
Angela E. Dralle
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 3900
Des Moines, IA 50309-2790

Signature: */s/ Nissa Maddalone*