IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C.,<br><br>   Plaintiffs,<br>v.<br><br>BLUE APRON, LLC and BLUE APRON HOLDINGS, INC.,<br><br>   Defendants. | CASE NO. 4:18-cv-280<br><br>**STIPULATED PROTECTIVE ORDER** |

A Joint Motion for Stipulated Protective Order (the "Joint Motion") has been presented to this Court for consideration by Plaintiffs West Liberty Foods, L.L.C., Liberty Free Range Purveyor, L.L.C., and Liberty Free Range Poultry, L.L.C. (collectively, "Plaintiffs") and by Defendants Blue Apron, LLC and Blue Apron Holdings, Inc. (collectively "Defendants",) by and through their counsel of record herein.

Plaintiffs and Defendants have indicated that they will soon be involved in discovery in this matter, and they believe that said discovery will likely require the production of confidential and proprietary information and documents.  Plaintiffs and Defendants have agreed to the provisions of the Confidentiality Agreement attached to the Joint Motion as Exhibit 1, and have requested that the Court approve it, as drafted, as an Order of the Court.

The Court hereby finds that good cause has been shown for entry of a Stipulated Protective Order and that the Joint Motion for same is hereby GRANTED.

Plaintiffs and Defendants are hereby ordered to abide by the provisions of the Confidentiality Agreement that was attached to the Joint Motion as Exhibit 1.

**IT IS SO ORDERED.**

Date: October 22, 2018

_____
~~U.S. District Court Judge~~
Celeste F. Bremer
U.S. Magistrate Judge