## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., | | |
| Plaintiffs, | | No. 4:18-cv-00280-CRW-CFB |
| vs. | | **ORDER** |
| BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., | | |
| Defendants. | | |

This matter is before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to the Amended Complaint [ECF 25].  This Motion is granted.

1.  The deadline for Defendants to file a responsive pleading to the Amended Complaint is November 14, 2018.

2.  If the Motion to Dismiss is filed, Plaintiff shall respond by December 5, 2018.

3.  By the earlier of February 15, 2019, or within 20 days of any ruling on a Motion to Dismiss (should one be filed) the parties shall submit a Proposed Fed. R. Civ. P. 16 Scheduling Order.

IT IS SO ORDERED.

Dated this 23rd day of October, 2018.

**CELESTE F. BREMER**
**UNITED STATES MAGISTRATE JUDGE**