# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., <br><br> Defendants. | Case No. 4:18-cv-280 <br><br> **DECLARATION OF DMITRIY TISHYEVICH IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

I, Dmitriy Tishyevich, declare as follows:

1. I am a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Blue Apron, LLC and Blue Apron Holdings, Inc. ("Blue Apron") in the above-captioned action.

2. On July 10, I had a phone call with Ms. Angela Dralle, counsel for Plaintiffs, in an attempt to resolve or narrow by agreement the issues raised by Defendants' Motion to Compel Production of Documents—that is, the parties' disagreement regarding Defendants' discovery requests for certain documents related to Plaintiffs' sale of Crystal Lake Farms to Cooks Venture. This call followed the parties' prior exchange of letters about this same dispute.

3. Despite good-faith efforts, counsel for Blue Apron and Plaintiffs were not able to informally resolve this dispute.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 10, 2019
New York, New York

_____
Dmitriy Tishyevich