IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., <br><br> Defendants. | No. 4:18-cv-00280-CRW-CFB <br><br> **ORDER** |

This matter comes before the Court on Plaintiffs' Resisted Motion to Compel (ECF 70). This is not the first discovery dispute in this case. Counsel have met and conferred to try to resolve or narrow the dispute about the scope of discovery, as required by Fed. R. Civ. P. 37 and Local Rule 37. The parties invite the Court to parse through discovery requests, answers, and their correspondence (ECF 70, 74, and 75), to determine the present agreement as to what will be produced, what has been produced, and what is still requested. Additionally, the parties expect the Court to determine the roles certain people played at various times, who was involved in which corporations, and the relevant time-frame for discovery that is proportional to the needs of the case. The Court declines this invitation.

By October 11, 2019, the parties shall confer, and submit a joint graphic organizer that identifies the discovery request (as modified by agreement of the parties) that remains in dispute; the parties' positions as to overbreadth or relevancy of that discovery request; plus a chart and timeline showing the relevant actors, company names, and each person's responsibilities during the relevant time period. Once the present requests for discovery, and the parties' positions are more clearly stated, the Court will set this matter for hearing.

IT IS SO ORDERED.

Dated this 25th day of September, 2019.

*Celeste F. Bremer*

**CELESTE F. BREMER**
**UNITED STATES MAGISTRATE JUDGE**