IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| WEST LIBERTY FOODS, L.L.C., LIBERTY FREE RANGE PURVEYOR, L.L.C., and LIBERTY FREE RANGE POULTRY, L.L.C., | ) ) ) ) | CASE NO. 4:18-cv-280 |
| Plaintiffs, v. | ) ) ) ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| BLUE APRON, LLC and BLUE APRON HOLDINGS, INC., | ) ) ) | |
| Defendants. | ) ) | |

In furtherance of the Order entered on January 16, 2020, Plaintiffs West Liberty Foods, L.L.C., Liberty Free Range Purveyor, L.L.C., and Liberty Free Range Poultry, L.L.C, and Defendants Blue Apron, LLC and Blue Apron Holdings, Inc., by and through their respective attorneys of record, hereby stipulate to the dismissal, with prejudice, of all claims and causes of action in this case.

Respectfully submitted,

Date: February 3, 2020

/s/ Angela E. Dralle
David A. Tank (AT0007732)
Angela E. Dralle (AT0002077)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309-2790
Tel: (515) 283-1000, Fax: (515) 283-1060
E-mail: tank.dave@dorsey.com
        dralle.angela@dorsey.com
ATTORNEYS FOR PLAINTIFFS

/s/ Dmitriy Tishyevich
Dmitriy Tishyevich (admitted *pro hac vice*)
Jay P. Lefkowitz  (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
**T** +1 212 446 6453, **F** +1 212 446 4900
dmitriy.tishyevich@kirkland.com
lefkowitz@kirkland.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned certifies that on <u>February 3, 2020</u>, the foregoing instrument was electronically filed with the Court using the CM/ECF system and served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings via the CM/ECF system.


/S/   Angela E. Dralle

<u>COPIES TO:</u>

Mark E. Weinhardt
David N. Fautsch
Elisabeth A. Archer
The Weinhardt Law Firm
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
T:  515.244.3100
F:  515.288.0407
dfautsch@weinhardtlaw.com
mweinhardt@weinhardtlaw.com
earcher@weinhardtlaw.com
ATTORNEYS FOR DEFENDANTS

Dmitriy Tishyevich (admitted *pro hac vice*)
Jay P. Lefkowitz  (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
**T** +1 212 446 6453
**F** +1 212 446 4900
dmitriy.tishyevich@kirkland.com
lefkowitz@kirkland.com